Marc J. Randazza, Esq. CA Bar No. 269535
Randazza Legal Group
6525 Warm Springs Rd., Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
ecf@randazza.com

Attorneys for Defendants,
GRANT WINKER, KEN DELEON
and GRANT INTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SINGH and ROBIN SINGH EDUCATIONAL SERVICES, INC., a California corporation, doing business as TESTMASTERS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GRANT WINKER, individual and doing business as TOP-LAW-SCHOOLS.COM; KEN DeLEON, individually and doing business as TOP-LAW-SCHOOLS.COM; GRANT INTERPRISES INC., a Florida corporation doing business as TOP-LAW-SCHOOLS.COM; PAMELA USUKUMAH; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV13-01001RGK(JCGx)<br><br>NOTICE OF DEFENDANTS GRANT WINKER AND WINKER INTERPRISES' 12(b)(2) MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, TRANSFER TO S.D. FLA.<br><br>Hearing Date: June 10, 2013<br>Hearing Time: 9:00 AM<br>Courtroom: 850 |

1
NOTICE OF MOTION

1   Defendants Grant Interprises, Inc. and Grant Winker, by and through their
2 counsel of record, hereby move this Court to Dismiss Plaintiff's Complaint for
3 Lack of Personal Jurisdiction or, in the Alternative, Transfer to the United States
4 District Court for the Southern District of Florida.  Defendant's Motion is made
5 pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and is based
6 upon the attached Memorandum of Points and Authorities, the accompanying
7 declaration of Defendant Grant Winker, and any oral argument permitted by this
8 Court.
9   This motion is made following conference of counsel pursuant to L.R. 7-3,
10 which took place on March 12, 2013.

13 Date: May 3, 2013         *s/Marc J. Randazza*
                             Marc J. Randazza, Esq. CA Bar No. 269535
                             Randazza Legal Group
                             6525 Warm Springs Rd., Suite 100
                             Las Vegas, NV 89118
                             888-667-1113
                             305-437-7662 (fax)
                             ecf@randazza.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents were filed in this Court's CM/ECF system on May 3, 2013.

Date: May 3, 2013

*Laura M. Tucker*
Laura M. Tucker
Law Clerk, Randazza Legal Group