1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN SINGH and ROBIN SINGH EDUCATIONAL SERVICES, INC., a California corporation, doing business as TESTMASTERS, <br><br> Plaintiffs, <br><br> vs. <br><br> GRANT WINKER, individual and doing business as TOP-LAW-SCHOOLS.COM; KEN DeLEON, individually and doing business as TOP-LAW-SCHOOLS.COM; GRANT INTERPRISES INC., a Florida corporation doing business as TOP-LAW-SCHOOLS.COM; PAMELA USUKUMAH; and DOES 1-10, <br><br> Defendants. | Case No. CV13-01001RGK(JCGx) <br><br> DECLARATION OF GRANT WINKER IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION PUSUANT TO FED. R. CIV. P. 12(b)(2) <br><br> Hearing Date: June 10, 2013 <br> Hearing Time: 9:00 AM <br> Courtroom: 850 |

I, Grant Winker, declare as follows:

1.     I am the sole officer for Grant Interprises, Inc., which owns and operates the website located at <top-law-schools.com> (hereinatfter "TLS").  Grant Interprises is not incorporated in the State of California, and it does not maintain an office or have any employees in the state.  Grant Interprises is incorporated in Florida, and TLS is administered from Florida.  As such, virtually all of the testimonial and documentary evidence necessary for the defense of the case is located in the State of Florida.

2.     Grant Interprises has not designated an agent for service of process in California, nor has it engaged in any print or broadcast advertising directed at the State of California.

3.     Grant Interprises is a Florida corporation with an address of 2637 East Atlantic Boulevard #21442, Pompano Beach, FL 33062.

4.     I reside in Delray Beach, Florida.  I have no presence in California, other than that I operate a company that owns a website that is accessible in California, as well as all over the world.

5.     Neither Grant Interprises nor I regularly enter into contracts with or sell goods and services to California residents.

6.     TLS' most heavily used resource is its discussion forum, where TLS users discuss the law school admission process: for example, TLS users share personal statement writing tips, compare law schools admissions requirements, and discuss preparation techniques for the Law School Admissions Test ("LSAT").

7.     In order to post on TLS, users must register an account, which requires that the user have a valid e-mail address.  TLS does not collect the names, addresses, or other personally identifying information of its members and does not charge users to access its services.

8.     TLS and Grant Interprises do not sell any products.

9.    Grant Interprises and TLS do not direct their services to residents of the State of California any more directly than they direct their services to residents of any other state or country.

10.    The TLS website is not hosted or located within California.

11.    I did not request that Pamela Usukumah attend Testmaster's LSAT preparation seminar. I did not know that she would be attending the seminar.

12.    She was not acting as an agent for TLS when she attended Testmaster's seminar or obtained their materials.

13.    I did not know that Usukumah had obtained allegedly copyrighted materials from Testmasters. I did not request that she post anything to the TLS website.

14.    The moderators on TLS are not employees or contractors, nor do they have any authority to speak for TLS.

15.    I was not aware that Usukumah had any connection to California.

16.    Neither Grant Interprises nor I were parties to Usukumah's contract with Testmasters. Neither Grant Interprises nor I knew that Usukumah had entered into a contract with Plaintiffs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this **3** day of May, 2013 in **Delray Beach, FL.**

_____

Grant Winker

WINKER DECLARATION