# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SINGH and ROBIN SINGH EDUCATIONAL SERVICES, INC., a California corporation, doing business as TESTMASTERS,<br><br>  Plaintiffs,<br><br> vs.<br><br>GRANT WINKER, individual and doing business as TOP-LAW-SCHOOLS.COM; KEN DeLEON, individually and doing business as TOP-LAW-SCHOOLS.COM; GRANT INTERPRISES INC., a Florida corporation doing business as TOP-LAW-SCHOOLS.COM; PAMELA USUKUMAH; and DOES 1-10,<br><br>  Defendants. | Case No. CV13-01001RGK(JCGx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS GRANT WINKER AND WINKER INTERPRISES' 12(b)(2) MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION OR IN THE ALTERNATIVE, TRANSFER TO S.D. FLA.<br><br>Hearing Date: June 10, 2013<br>Hearing Time: 9:00 AM<br>Courtroom: 850 |

Pursuant to the Due Process Clause of the United States Constiution, the contacts that Defendants Grant Interprises, Inc. and Grant Winker maintain within the State of California are insufficient to confer this Court with personal jurisdiction over them in the instant dispute, whether general or specific in nature.

\_\_\_\_ Accordingly, the Court hereby **GRANTS** Defendants' Motion and dismisses the complaint against Grant Interprises, Inc. and Grant Winker for lack of personal jurisdiction.

\_\_\_\_ Alternatively, the Court hereby **GRANTS** Defendants' Motion and transfers this matter to the United States District Court for the Southern District of Florida.

DISTRICT COURT JUDGE
Hon. R. Gary Klausner