1  Marc J. Randazza, Esq. CA Bar No. 269535
2  Randazza Legal Group
3  6525 Warm Springs Rd., Suite 100
   Las Vegas, NV 89118
4  888-667-1113
   305-437-7662 (fax)
5  ecf@randazza.com

6
7  Attorneys for Defendants,
   GRANT WINKER, KEN DELEON
8  and GRANT INTERPRISES, INC.

9
            **UNITED STATES DISTRICT COURT**
10
            **CENTRAL DISTRICT OF CALIFORNIA**
11

12
13 ROBIN SINGH and ROBIN SINGH           Case No. CV13-01001RGK(JCGx)
   EDUCATIONAL SERVICES, INC., a
14 California corporation, doing business as   NOTICE OF DEFENDANT KEN
   TESTMASTERS,                          DELEON'S 12(b)(3) MOTION TO
15                                       DISMISS PLAINTIFFS'
16           Plaintiffs,                 COMPLAINT AND
                                         STIPULATION TO 12(b)(2)
17    vs.                                MOTION OF DEFENDANTS
18                                       GRANT WINKER AND GRANT
   GRANT WINKER, individual and doing    INERPRISES, INC.
19 business as TOP-LAW-SCHOOLS.COM;
   KEN DeLEON, individually and doing    Hearing Date: June 10, 2013
20 business as TOP-LAW-SCHOOLS.COM;      Hearing Time: 9:00 AM
21 GRANT INTERPRISES INC., a Florida     Courtroom: 850
   corporation doing business as TOP-LAW-
22 SCHOOLS.COM; PAMELA
23 USUKUMAH; and DOES 1-10,

24           Defendants.
25
26
27
28
                              1
                       NOTICE OF MOTION

Pursuant to Federal Rule of Civil Procedure 12(b)(3), Defendant Ken DeLeon, by and through his counsel of record, hereby moves this Court to Dismiss Plaintiff's Complaint for Improper Venue. Defendant's Motion is made pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and is based upon the attached Memorandum of Points and Authorities, the papers and pleadings on file with this Court, and any oral argument permitted by this Court.

This motion is made following conference of counsel pursuant to L.R. 7-3, which took place on March 12, 2013.

Date: May 3, 2013        *s/Marc J. Randazza*
Marc J. Randazza, Esq. CA Bar No. 269535
Randazza Legal Group
6525 Warm Springs Rd., Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
ecf@randazza.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents were filed in this Court's CM/ECF system on May 3, 2013.

Date: May 3, 2013

*[signature]*

Laura M. Tucker
Law Clerk, Randazza Legal Group