# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SINGH and ROBIN SINGH EDUCATIONAL SERVICES, INC., a California corporation, doing business as TESTMASTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>GRANT WINKLER, individual and doing business as TOP-LAW-SCHOOLS.COM; KEN DeLEON, individually and doing business as TOP-LAW-SCHOOLS.COM; GRANT INTERPRISES INC., a Florida corporation doing business as TOP-LAW-SCHOOLS.COM; PAMELA USUKUMAH; and DOES 1-10,<br><br>Defendants. | Case No. CV13-01001RGK(JCGx)<br><br>DECLARATION OF KEN DELEON IN SUPPORT OF DEFENDANT KEN DELEON'S 12(b)(3) MOTION TO DISMISS<br><br>Hearing Date: June 10, 2013<br>Hearing Time: 9:00 AM<br>Courtroom: 850 |

I, Ken DeLeon, declare as follows:

1. I reside in Palo Alto, California.

2. I co-owned the website located at <top-law-schools.com> ("TLS"), whose intended audience was people across the country, until February 2011, when I sold my interest to Grant Winker. Since that time, I have not been involved in the operation or maintenance of the TLS website.

3. TLS was not hosted or located in the jurisdiction of the United States District Court for the Central District of California, and it did not sell anything or direct advertising to residents of that District.

4. I did not request that Defendant Pamela Usukumah attend TestMasters' bar preparation seminar. I also was unaware that Usukumah would be attending the seminar.

5. I did not instruct Usukumah to place any of TestMasters' copyrighted material on the TLS website in late 2012.

6. I was not a party to a contract, nor was I aware that a contract existed, between Usukumah and TestMasters.

7. Despite the Southern District of Florida being further removed from my residence than the Central District of California, I consent to this transfer because I recognize that many of the witnesses and documents I need to defend myself against the Plaintiffs' claims are located within the Southern District of Florida.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of May, 2013 in Palo Alto.

_____
Ken DeLeon

2
DELEON DECLARATION