# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SINGH and ROBIN SINGH EDUCATIONAL SERVICES, INC., a California corporation, doing business as TESTMASTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>GRANT WINKER, individual and doing business as TOP-LAW-SCHOOLS.COM; KEN DeLEON, individually and doing business as TOP-LAW-SCHOOLS.COM; GRANT INTERPRISES INC., a Florida corporation doing business as TOP-LAW-SCHOOLS.COM; PAMELA USUKUMAH; and DOES 1-10,<br><br>Defendants. | Case No. CV13-01001RGK(JCGx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT KEN DELEON'S 12(b)(3) MOTION TO DISMISS<br><br>Hearing Date: June 10, 2013<br>Hearing Time: 9:00 AM<br>Courtroom: 850 |

Personal jurisdiction over Defendant Ken DeLeon would not exist in the United States District Court for the Central District of California if it were a separate state. Venue in this district is improper.

Accordingly, the Court hereby **GRANTS** Defendant's Motion to Dismiss this action for improper venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.

_____
DISTRICT COURT JUDGE
Hon. R. Gary Klausner