1  Marc J. Randazza, Esq. CA Bar No. 269535
2  Randazza Legal Group
   6525 Warm Springs Rd., Suite 100
3  Las Vegas, NV 89118
   888-667-1113
4  305-437-7662 (fax)
5  ecf@randazza.com

6
   Attorneys for Defendants,
7  GRANT WINKER, KEN DELEON
   and GRANT INTERPRISES, INC.
8

9
                   **UNITED STATES DISTRICT COURT**
10
                  **CENTRAL DISTRICT OF CALIFORNIA**
11

12
   ROBIN SINGH and ROBIN SINGH          Case No. CV13-01001RGK(JCGx)
13 EDUCATIONAL SERVICES, INC., a
   California corporation, doing business as
14 TESTMASTERS,                         NOTICE OF DEFENDANTS
                                         GRANT WINKER, GRANT
15                                       INTERPRISES, AND KEN
               Plaintiffs,               DELEON'S 12(b)(6) MOTION TO
16                                       DISMISS PLAINTIFFS'
                                         COMPLAINT
17      vs.

18
   GRANT WINKER, individual and doing    Hearing Date: June 10, 2013
19 business as TOP-LAW-SCHOOLS.COM;      Hearing Time: 9:00 AM
   KEN DeLEON, individually and doing    Courtroom: 850
20 business as TOP-LAW-SCHOOLS.COM;
21 GRANT INTERPRISES INC., a Florida
   corporation doing business as TOP-LAW-
22 SCHOOLS.COM; PAMELA
   USUKUMAH; and DOES 1-10,
23
               Defendants.
24

25

26

27

28

                                      1
                             NOTICE OF MOTION

1    Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure,

2  Defendants Grant Interprises, Inc., Grant Winker, and Ken DeLeon, through

3  counsel, move to dismiss Plaintiffs' claims for breach of confidence, interference

4  with contract, and unfair competition.  These claims are preempted by the United

5  States Copyright Act.  Based upon the attached memorandum of points and

6  authorities, the Court should dismiss Plaintiffs' claims for breach of confidence,

7  interference with contract, and unfair competition with prejudice.

8    This motion is made following conference of counsel pursuant to L.R. 7-3,

9  which took place on March 12, 2013.

10

11

12  Date: May 3, 2013                    *s/Marc J. Randazza*

13                                      Marc J. Randazza, Esq. CA Bar No. 269535
                                       Randazza Legal Group

14                                      6525 Warm Springs Rd., Suite 100
                                       Las Vegas, NV 89118

15                                      888-667-1113

16                                      305-437-7662 (fax)
                                       ecf@randazza.com

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing documents were filed in this Court's CM/ECF system on May 3, 2013.

Date: May 3, 2013

_____
Laura M. Tucker
Law Clerk, Randazza Legal Group