1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SINGH and ROBIN SINGH EDUCATIONAL SERVICES, INC., a California corporation, doing business as TESTMASTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>GRANT WINKER, individual and doing business as TOP-LAW-SCHOOLS.COM; KEN DeLEON, individually and doing business as TOP-LAW-SCHOOLS.COM; GRANT INTERPRISES INC., a Florida corporation doing business as TOP-LAW-SCHOOLS.COM; PAMELA USUKUMAH; and DOES 1-10,<br><br>Defendants. | Case No. CV13-01001RGK(JCGx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT<br><br>Hearing Date: June 10, 2013<br>Hearing Time: 9:00 AM<br>Courtroom: 850 |

1   The Court hereby **GRANTS** Defendants Grant Winker, Grant Interprises,
2  and Ken DeLeon's Motion to Dismiss for Preemption.  Plaintiffs' claims for
3  breach of confidence, interference with contract, and unfair competition are hereby
4  dismissed with prejudice, as these claims are preempted by the United States
5  Copyright Act.

6
7
8                                    _____
9                                    DISTRICT COURT JUDGE
                                     Hon. R. Gary Klausner
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28